IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-50094
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTHA ELENA DE LA ROSA-VALENZUELA,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Western District of Texas
USDC No. P-97-CR-151-1

_____

December 31, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Martha Elena De La Rosa-Valenzuela appeals from the district court's denial of her motion to suppress the marijuana seized from her vehicle. She argues that a Border Patrol agent's tapping of her vehicle's gas tank constituted a search under the Fourth Amendment and that such search was illegal because it was without consent or probable cause. We have reviewed the record and find no reversible error. See United States v. Muniz-Melchor, 894 F.2d 1430, 1435-37 (5th Cir. 1990). Accordingly, the judgment of the district court is

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

A F F I R M E D.